UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Daneen M. Darling,<br>    Plaintiff, | :<br>:<br>: |
| v. | : File No. 2:10 CV 327 |
| Michael J. Astrue,<br>Commissioner of Social Security,<br>    Defendant. | :<br>:<br>:<br>: |

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed February 6, 2012. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion to Reverse Decision of Commissioner (Doc. 18) is **DENIED**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 24) is **GRANTED.**

The case is dismissed.

Dated at Burlington, in the District of Vermont, this 28th day of February, 2012.

                              /s/ William K. Sessions III
                              William K. Sessions III
                              U.S. District Court Judge